

# NUMBER 13-18-00069-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

DEVON ENERGY PRODUCTION COMPANY,                    Appellants,
L.P. ET AL.,

v.

MICHAEL A. SHEPPARD, ET AL.,                                      Appellees.

---

On appeal from the 24th District Court
of De Witt County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

Appellants, Devon Energy Production Company, L.P., et al., attempt to appeal the

trial court's December 28, 2017 order on Plaintiff's Motion for Partial Summary Judgment.

Appellants have notified this Court that they believe the judgment is final and appealable

but state that appellees, Michael A. Sheppard, et al., have raised the finality issue in the trial court via a motion for determination of their attorneys' fees and entry of final judgment.

To be final and appealable, a judgment must dispose of all issues and parties in the case. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). It is unclear from the record before the Court if all claims asserted by or against all parties have been disposed. Under these circumstances, we may abate the appeal to permit clarification by the trial court. *Id.* at 206; *see* TEX. R. APP. P. 27.2, 44.3, 44.4.

Accordingly, we ABATE the appeal and REMAND the cause to the trial court for clarification. Upon remand, the trial court shall address whether it intended the judgment to completely dispose of all claims and all parties. The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Delivered and filed the
28th day of March, 2018.

2